KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 608-7995
Facsimile: (916) 984-5775

FARAH J. MARTINEZ (SBN 191862)
CHARLES D. FERGUSON (Florida Bar No. 0741531)
DANIEL L. LEYTON (Florida Bar No. 0061824)
DE LA O, MARKO, MAGOLNICK & LEYTON
3001 S. W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-2000
Facsimile: (305) 285-5555

Attorneys for Plaintiff
CONNIE ARNOLD

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| CONNIE ARNOLD, | Case No. 2:06-cv-02602-MCE-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| SUTTER HEALTH, a California corp., d/b/a SUTTER MED. CTR., SACRAMENTO, and d/b/a SUTTER MEM'L HOSP., | |
| Defendants. | |

The parties' Joint Notice of Dismissal is approved. This case is dismissed with prejudice.

DATED: December 18, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE